**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

LEE MADDEN
ADC #136534                                                                                     PLAINTIFF

V.                                          2:08CV00146 BSM/JTR

GREEN, Classification Officer,
East Arkansas Regional Unit, et al.                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion to Correct Name of Defendant (docket entry #8) is GRANTED.

2.      Defendant Classification Officer Green is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE, from this action.

3.      The Clerk is directed to: (a) file a copy of Plaintiff's Motion to Correct Name of Defendant (docket entry #8) as "Plaintiff's Amended Complaint"; and (b) add Classification Officer Whiley as a Defendant in this action.

4.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith

Dated this 15th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE