# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

LEE MADDEN
ADC #136534                                                                          PLAINTIFF

V.                                          2:08CV00146 BSM/JTR

OUTLAW, Chief of Security,
East Arkansas Regional Unit, et al.                                      DEFENDANTS


### <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Voluntary Dismissal (docket entry #25) is GRANTED, and this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 26th day of January, 2009.


_Brian S. Miller_
UNITED STATES DISTRICT JUDGE