**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

LEE MADDEN
ADC #136534                                                                                    PLAINTIFF

V.                                        2:08CV00146 BSM/JTR

OUTLAW, Chief of Security,
East Arkansas Regional Unit, et al.                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 26th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE